**Opinion issued August 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00340-CV

———————————

**MARILYN MCCORVEY RYLANDER, Appellant**

**V.**

**BELLUM CIVILE LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1247718**

---

## MEMORANDUM OPINION

Appellant Marilyn McCorvey Rylander has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing

involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.